JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FINKRAL,<br><br>      Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security Administration,<br><br>      Defendant. | Case No. CV 16-9087-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 21, 2019

                                      SHERI PYM<br>
                                      United States Magistrate Judge